TROUTMAN PEPPER LOCKE LLP
Chad Fuller (SBN 190830)
chad.fuller@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858.509.6000
Facsimile: 858.509.6040

Jessamyn E. Vedro (SBN 280209)
jessamyn.vedro@troutman.com
Peter Yould (SBN 339155)
Peter.yould@troutman.com
350 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

Attorneys for Defendant
Anthem Insurance Companies, Inc. dba
Anthem Blue Cross and Blue Shield,
Wells Fargo & Company, and
Wells Fargo & Company HSA Plan

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT M., individually and on behalf of I.M., a minor.<br><br>Plaintiffs,<br><br>v.<br><br>ANTHEM INSURANCE COMPANIES, INC. dba ANTHEM BLUE CROSS AND BLUE SHIELD, WELLS FARGO & COMPANY, THE WELLS FARGO & CO. HSA PLAN,<br><br>Defendants. | Case No. 3:25-cv-08284-LJC<br><br>*Assigned to Hon. Lisa J. Cisneros*<br><br>**ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF NORTH CAROLINA AND TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE PENDING TRANSFER**<br><br>Complaint Filed: September 30, 2025 |

1     CASE NO. 3:25-CV-08284-LJC
ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE AND EXTENDING
DEFENDANTS' RESPONSIVE PLEADING DEADLINE PENDING TRANSFER

Before the Court is the parties' Stipulated Motion to Transfer Venue to the Western District of North Carolina, Statesville Division and to Extend Defendants' Responsive Pleading Deadline Pending Transfer. The Parties consent to venue in the Western District of North Carolina, Statesville Division, and stipulate that the transfer will enhance the convenience of the parties and witnesses in this case and is in the interests of justice.

Having considered the Stipulated Motion, pursuant to 28 U.S.C. § 1404(a), and for good cause appearing, the Court ORDERS as follows:

1) The Stipulated Motion to Transfer Venue to the Western District of North Carolina, Statesville Division is GRANTED.

2) The Clerk is directed to TRANSFER this case to the United States District Court for the Western District of North Carolina, Statesville Division.

3) Case deadlines, including Defendants' responsive pleading deadline, are extended until thirty (30) days after the transfer of this action is reflected on the docket of the Western District of North Carolina, Statesville Division.

4) Upon transfer, the Clerk shall CLOSE this case.

Date: January 29, 2026

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

2    CASE NO. 3:25-CV-08284-LJC
[ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE AND EXTENDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE PENDING TRANSFER